AO 247 (02/08) Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 25 2008
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the

___Western___ District of ___Virginia___

United States of America )
v. )
Kita Swandi Smith )
) Case No: 7:03CR00035-001
) USM No: 09777-084
Date of Previous Judgment: October 29, 2003 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___235*___ months **is reduced to** ___214 months*___.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: ___29___    Amended Offense Level: ___27___
Criminal History Category: ___VI___    Criminal History Category: ___VI___
Previous Guideline Range: ___151___ to ___188___ months    Amended Guideline Range: ___130___ to ___162___ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS
* Defendant's total sentence includes 84 months on the 924(c) count.

Except as provided above, all provisions of the judgment dated ___10/29/2003___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-25-08

Effective Date: 3/3/08 4-7-08
(if different from order date)

Judge's signature

Jackson Kiser, Senior United States District Judge
Printed name and title